Eric L. Harrison - ID #033381993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Woodbridge Township School District, Woodbridge Township Board of Education, Glenn Lottman and Robert Zega as to Counts 1-5 and 7-14
Our File No. 84369 ELH

| | |
|---|---|
| JASON MOSTAFA ALI<br><br>　　　　Plaintiff,<br><br>V.<br><br>WOODBRIDGE TOWNSHIP SCHOOL DISTRICT, WOODRIDGE BOARD OF EDUCATION, GLENN LOTTMAN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS PRINCIPAL, ROBERT ZEGA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF SCHOOLS, AND JOHN DOES 1-10, FICITTIOUS DESIGNATIONS<br><br>　　　　Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO.:<br><br><br><br>NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT |

**PLEASE TAKE NOTICE** that Defendants, Woodbridge Township School District, Woodbridge Township Board of Education, Glenn Lottman and Robert Zega hereby file this Notice of Removal of the above-captioned matter to the United States District Court for the District of New Jersey, Newark Division from the Middlesex County Superior Court, Law Division, where the action is now pending, pursuant to 28 U.S.C. § 1446 and state:

1. The Woodbridge Township School District, Woodbridge Township Board of Education, Glenn Lottman and Robert Zega are defendants in the above-captioned matter.

2. The action is a civil action commenced in the Middlesex County Superior Court, Law Division on or about March 13, 2017 under docket number MID- L-1579-17, and is pending therein.

3. Because of the following facts defendants request that this action proceed in this Court as an action properly removed to it:

   A. In the Complaint, at Counts 11-14, Plaintiff asserts claims under the 1st and 14th Amendments to the United States Constitution as well as violations of 42 U.S.C. Sec 1981, 29 U.S.C. Sec 1161 et seq. and 29 U.S.C. Sec. 1001 et seq.

   B. This Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, because Plaintiff's claims raise issues under the United States Constitution and federal law.

   C. Accordingly, this action may be removed by Defendants under 28 U.S.C. § 1441.

4. Thirty days have not elapsed since the service of process upon the Defendants in state court as Defendants were served on or about March 24, 2017.

5. Copies of all process, pleadings, and orders served upon defendant are attached to this Notice of Removal, in accordance with 28 U.S.C. § 1446.

6. Concurrent with the filing of this Notice of Removal, Defendants are providing written notice to all parties and the Clerk of the Superior Court of New Jersey, Law Division, County of Middlesex pursuant to 28 U.S.C. § 1446.

**WHEREFORE**, Defendants request that this action proceed in this Court as an action properly removed to it.

                **METHFESSEL & WERBEL, ESQS.**
                Attorneys for Defendants Woodbridge Township School District, Woodbridge Township Board of Education, Glenn Lottman and Robert Zega as to Counts 1-5 and 7-14

By: _____
      Eric L. Harrison

DATED: April 3, 2017